IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,**

        Plaintiff,

v.                                           **CIVIL ACTION NO. 5:21-CV-7**
                                                  Judge Bailey

**ROUTE 22 SPORTS BAR, INC.**
and **CRAZY MEXICAN RESTAURANT
& GRILL, LLC,**

        Defendants.

## ORDER STAYING CASE

On October 20, 2021, the parties filed a Joint Motion for Entry of Consent Decree [Doc. 87]. After review of the attached proposed consent decree [Doc. 87-1], this Court approved and entered the same. See [Doc. 88]. Having entered the Consent Decree [Doc. 88], this Court hereby orders that the above-captioned matter be **STAYED** pending the parties total compliance with the Consent Decree. As indicated in the Consent Decree, this Court will retain jurisdiction over the above-captioned matter to enforce the terms of the Consent Decree and implement any remedies related thereto upon motion by the parties.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: October 21, 2021.

                                                             **JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE**

1